BOARD (CASE NO. AB 2012–021; (2–06–45436))

## MEMORANDUM OPINION

Vacate. Remand.

388 P.3d 54

**THE BANK OF NEW YORK MELLON fka The Bank of New York As Trustee for The Certificateholders of CWMBS, Inc., CHL Mortgage Pass–Through Trust 2007–14 Mortgage Pass–Through Certificates, Series 2007–14, Plaintiff/Counterclaim–Defendant/Appellee,**

v.

**Bernardita Montero MAZERIK, Bedinah Doldolea Villafranca, Defendants/Counterclaimants/Appellants,**

and

**Mortgage Electronic Registration Systems, Inc., Solely As Nominee for Central Pacific Homeloans, Inc.; Ewa By Gentry Community Association, Defendants/Appellees,**

and

**John Does 1–10, Jane Does 1–10, Doe Partnerships 1–10, Doe Corporations 1–10, Doe Entities 1–10, and Doe Governmental Units 1–10, Defendants**

NO. CAAP–14–0001100

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, November 16, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 13–1–0604)

## SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 54

**Jeremiah M. HUI, Plaintiff–Appellant,**

v.

**CITIMORTGAGE, INC.**

and

**EVERBANK, Defendants–Appellees**

NO. CAAP–12–0000736

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, November 18, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 11–1–34K)

## SUMMARY DISPOSITION ORDER

Affirmed.

